IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:14CR3021 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Joshua Pearce | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Douglas Kerns, as a Criminal Justice Act Training Panel Member, to assist in the defense of Josua Pearce.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Douglas Kerns is hereby assigned to assist AFPD Michael J. Hansen in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Douglas Kerns shall not be eligible to receive compensation for his services in this case.

AFPD Michael J. Hansen shall continue to be primary counsel on behalf of the Defendant, Josua Pearce.

Dated: March 11, 2014

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge