IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:14CR3021 |
| v. | ) | |
| JOSHUA DAIN PEARCE, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's violation of supervised release hearing is rescheduled to Tuesday, April 9, 2019, at 12:00 noon, before the undersigned Senior United States District Judge, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(2) The defendant shall participate and complete the drug treatment program at NOVA while following all of the terms and conditions of supervised release and the rules and regulations of NOVA. If the defendant leaves NOVA or is discharged, he shall immediately report to the United States Marshal's Service.

(3) The United States Marshal shall release the defendant for transportation to NOVA by a representative of the Federal Public Defender's Office when requested by the Federal Public Defender.

(4) A copy of this order shall be provided to the United States Marshal's Service.

DATED this 8th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge