IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA DAIN PEARCE,<br><br>Defendant. | 4:14CR3021<br><br>ORDER |

The evaluation of the Bureau of Prisons has been filed. (Filing 124.) It suggests that the defendant is competent. Therefore,

IT IS ORDERED that:

(1)   The Clerk shall provide a copy of the evaluation to FPD David Stickman, AUSA Sara Fullerton, and United States Probation Officer Megan Davis.

(2)   My chambers shall set this matter for a hearing on the Amended Petition for Offender Under Supervision (Filing 108).

(3)   I shall assume that the defendant is competent unless counsel promptly advise me that they disagree.

Dated this 27th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge